THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
THOMAS E. FRANKOVICH (State Bar No. 074414)
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT C. LEE; CHUN-NEW PAN; YU CHING PAN; WEN-JUAN PAN; WEN-JU PAN; WEN-ZUNG PAN, a.k.a. ELITE SANDWICH COMPANY and NEW WORLD TOUR & TRAVELS,<br><br>        Defendant.<br>_____ | **CASE NO. CV-10-4752-EMC**<br><br>**DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON** |

**DECLARATION OF THOMAS E. FRANKOVICH**

I, THOMAS E. FRANKOVICH, declare that I am an attorney duly licensed to practice in this and all of the courts in the state of California and if called as a witness and duly sworn, I would and could competently testify to the following based upon my own personal knowledge:

1.     That I am counsel for plaintiff Craig Yates in the above-entitled action.

2.     There has been a problem with service of process.  To determine who the property owners (defendants) are, we utilized an online investigation database, Merlin.  In this case the Merlin information was unclear.  Therefore, I sent an investigator to the San Francisco County Record's office to secure a copy of the deed.  Attached as Exhibit "A" and incorporated by reference as though fully set forth herein is a copy of the deed.

1   The deed holders were named as defendants.  We sent the summons and complaint out for

2   service to First Legal who effectuates service.  Attached as Exhibit "B" and incorporated by

3   reference as though fully set forth herein are the Proofs of Service for defendants' ROBERT C.

4   LEE; CHUN-NEW PAN; and YU CHING PAN and Affidavits of Reasonable Diligence from

5   plaintiff's process server for defendants WEN-JUAN PAN; WEN-JU PAN; WEN-ZUNG PAN.

6       3.      At one point, attorney Margaret Grover indicated that she represented an owner

7    who had not been served.  As recently as April 15, 2011, she informed me that she did not in

8   fact represent the property owner, that the property owner was a trust or some other entity and

9   she would look into it and get back to me.  The parties supposedly served Ms. Grover said are

10   dead.  I have no way to confirm this.

11      4.      What I request is an additional sixty (60) days to attempt to discover who the

12   property owner is and that the Case Management Conference currently set for April 20, 2011, at

13   1:30 p.m. be continued.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

5.     Obviously, the attached deed which is the only one I know of points to ROBERT C. LEE; CHUN-NEW PAN; YU CHING PAN; WEN-JUAN PAN; WEN-JU PAN; WEN-ZUNG PAN as the property owners.

6.     If necessary, plaintiff may seek an order for publication to serve WEN-JUAN PAN; WEN-JU PAN; WEN-ZUNG PAN.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this Fifteenth day of April 2011, at San Rafael, California.

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*


By: ___/s/Thomas E. Frankovich_____
     THOMAS E. FRANKOVICH
     Attorneys for Plaintiff CRAIG YATES, an
     individual

### ORDER

**IT IS SO ORDERED** that the Case Management Conference set for April 20, 2011, is continued to _____August 10_____, 2011, at_____1:30_____a.m./p.m.  The parties shall file a Joint Case Management Statement no later than seven (7) days prior to the Conference.     Plaintiff shall serve a copy of this order upon all defendants immediately.

Dated:__April 18_____, 2011          _____
                                      Honorable Edward M. Chen
                                      United States District Court

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    **CERTIFICATE OR PROOF OF SERVICE**

2    State of California                    )
                                            ) ss
3    County of Marin                        )

4            I, the undersigned, say: I am and was at all times herein mentioned, a citizen of the United
     States, over the age of eighteen (18) years and not a party to the within action or proceeding; that
5    my business address is 4328 Redwood Hwy, Suite 300, San Rafael, CA 94903; that on the below
     date, following normal business practice, I served the foregoing document, described as:
6
     **DECLARATION OF THOMAS E. FRANKOVICH IN SUPPORT OF PLAINTIFF'S**
7    **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; and [PROPOSED]**
     **ORDER THEREON**
8
     on the interested parties in this action, conveyed as follows:
9
     ☒      by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon
10           fully prepaid:
                  ☒      in first class U.S. Mail
11                in ___ priority or___standard overnight mail via Federal Express.

12           I am readily familiar with this office's practice for collection and processing of
     correspondence for mailing with the United States Postal Service or Federal Express. In
13   the ordinary course of business, correspondence, including said envelope, will be
     deposited with the United States Postal Service or Federal Express in San Rafael.
14

15   addressed to:

                                                      Robert C. Lee
16   **Margaret J. Grover**                           **168 Burns Avenue**
     **KRONICK, MOSKOVITZ**                           **Atherton, CA 94027**
17   **TIEDEMANN & GIRARD**
     **1350 Treat Blvd., Suite 105**                  **Yu Chin Pan**
18   **Walnut Creek, CA 94597**                       **581 Paco Drive**
                                                      **Los Altos, CA 94024**
19
                                                      **Chun-New Pan**
20                                                    **581 Paco Drive**
                                                      **Los Altos, CA 94024**
21

22           I declare under penalty of perjury under the laws of the State of California that I am
     employed in the office of a member of the bar of this court at whose direction the service was
23   made, and that the foregoing is true and correct. Executed this April 15, 2011, at San Rafael,
     California.
24

25                                                    _____
                                                      Armetrice Cooper
26                                                    (Original signed)

27

28

EXHIBIT "A"

No. 0182 .. 346

SAN FRANCISCO. CALIF.
RECORDER
APR 14   4 16 PM '81

DO 76249

RE  wc 0106 ..  151
SAN FRANCISCO CALIF

**RECORDING REQUESTED BY**
GINO F. CECCHI

GINO P. CECCHI, Attorney
2134 Van Ness Avenue
San Francisco, CA 94160
1537 Franklin St. Suite 211
San Francisco, CA 94109

Nov 24   I 15 PM '80   DO32712

**MAIL TAX STATEMENTS TO**
GRAND FRANKLIN
1734 Martinez Drive
Burlingame, CA 94010

Documentary transfer tax $.....None.....
☐ Computed on full value of property conveyed, or
☐ Computed on full value less liens and encumbrances
remaining thereon at time of sale.

................Attorney at Law

## Individual Grant Deed

**FOR VALUE RECEIVED,**   ROBERT C. LEE
GRANTS to   ROBERT C. LEE, as to an undivided 30% interest, CHUN-NEW PAN
and KUNG YU-CHING PAN, husband and wife, as to an undivided 25% interest,
...... WEI-JUAN PAN, a single person, as to an undivided 20% interest,
...... PAN, a single person, as to an undivided 20% interest, and WEN-ZUNG
.... a single person, as to an undivided 15% interest.
City and
County of   San Francisco   , State of California, described as follows:

COMMENCING at the point of intersection of the northerly line of Austin
Street and the westerly line of Franklin Street; running thence northerly
and along said line of Franklin Street 30 feet; thence at   right angle
westerly 100 feet; thence at a right angle northerly 30 feet to the
northerly line of Austin Street; thence at a right angle easterly along
said line of Austin Street 100 feet to the point of commencement.

BEING part of WESTERN ADDITION BLOCK NO. 127.

THIS DEED IS BEING RE-RECORDED TO SHOW THE PROPER GRANTEES
AND THEIR RESPECTIVE INTERESTS IN THE PROPERTY.

Dated   11/21   1980

Robert C. Lee

**STATE OF CALIFORNIA**
County of San Francisco
On ...... , 19.... before me, the undersigned,
a Notary Public, in and for said State, personally appeared......
Robert C. Lee
...... known to me to be the person...... whose name ...... is
subscribed to the within instrument, and acknowledged to me that
......he...... executed the same.

FOR NOTARY SEAL OR STAMP

OFFICIAL SEAL
GLORIA C. TONG
NOTARY PUBLIC • CALIFORNIA
SAN FRANCISCO COUNTY

```
'1008                          Ownership History                        1/07/2011
            Block   Lot                                                 MASTER F15
.01 05 APN 0665 _ 004 _ Status A User _____       TRA        1-000
Lo Adr Hi Adr Dr Street Names                Type Number   Nghborhd 08-F
1533 _ 1537 _    FRANKLIN                    ST _____   Class    C
1533 - 1537 FRANKLIN ST                                    Pmgt Cde _____
                                                94109-4564
Type options, Press Enter.
 1=Owner Information    2=Retire 3=Copy 4=Delete  5=Retire & Copy(Partials)
 6=Retire & Copy(100% Transfer)
O As Of  1/07/2011  ====================================================
_  PAN CHUN-NEW            OwnId/Doc# Type Prct  25.0000 Valdat   3/01/1993
   581 PACO DR             0000564342 *ALL Note          Effctiv  5/07/1986
   LOS ALTOS CA 94024      UNREC15573      Mail MAIL     Retire  99/99/9999
O As Of  1/07/2011  ====================================================
_  LEE ROBERT C            OwnId/Doc# Type Prct  20.0000 Valdat   3/01/1993
   1232 CRANE ST           5000079599 *ALL Note          Effctiv  4/14/1981
   MENLO PARK CA 94025               Mail          Retire  99/99/9999
O As Of  1/07/2011  ====================================================
_  PAN WEN-JU              OwnId/Doc# Type Prct  20.0000 Valdat   3/01/1993
   1232 CRANE ST           5000109026 *ALL Note          Effctiv  4/14/1981
   MENLO PARK CA 94025               Mail          Retire  99/99/9999
                                                                   More...
F1=Help F3=Exit/Save F7=Situs F9=Full Scr F10=Full Vw F11=Full Hst F12=Cncl
```

Not our address

```
 1008                          Ownership History                      1/07/2011
             Block  Lot                                               MASTER F15
 ol 05 APN 0665 _ 004 _ Status A User _____    TRA     1-000
Lo Adr Hi Adr Dr Street Names                  Type Number   Nghborhd 08-F
1533 _ 1537 _ _ FRANKLIN                   ST    _            Class    C
1533 - 1537 FRANKLIN ST                                      Pmgt Cde
                                                94109-4564
Type options, Press Enter.
  1=Owner Information    2=Retire  3=Copy  4=Delete   5=Retire & Copy(Partials)
  6=Retire & Copy(100% Transfer)
O As Of  1/07/2011  ==============================================================
_ PAN WEN JUAN                    OwnId/Doc# Type Prct  20.0000 Valdat   3/01/1993
  1232 CRANE ST                   5000109027 *ALL Note          Effctiv  4/14/1981
  MENLO PARK CA 94025                        Mail           Retire  99/99/9999
O As Of  1/07/2011  ==============================================================
_ PAN WEN-ZUNG                    OwnId/Doc# Type Prct  15.0000 Valdat   3/01/1993
  1232 CRANE ST                   5000109028 *ALL Note          Effctiv  4/14/1981
  MENLO PARK CA 94025                        Mail           Retire  99/99/9999
O As Of  _____  ==============================================================
_ _____         OwnId/Doc# Type Prct          Valdat
  _____         _____     Note           Effctiv
  _____                        Mail           Retire
                                                                      More...
F1=Help F3=Exit/Save F7=Situs F9=Full Scr F10=Full Vw F11=Full Hst F12=Cncl
```

EXHIBIT "B"

| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>*Telephone No* 415-444-5800  *FAX No* 415-674-9900 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for* Plaintiff | | *Ref. No. or File No*<br>ELITE SANDWICH, et al, | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| United States District Court, Northern District Of California | | | | |
| *Plaintiff:* CRAIG YATES | | | | |
| *Defendant:* ROBERT C. LEE, et al. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-10-4752-EMC |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Ecf Registration Information Handout; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Letter Dated January 20, 2011.

*3.  a. Party served:*  ROBERT C. LEE

*4.  Address where the party was served:*  168 BURNS AVENUE<br>ATHERTON, CA 94027

*5.  I served the party:*

b. **by substituted service.** On: Thu., Feb. 17, 2011 at: 7:15AM by leaving the copies with or in the presence of:<br>"JANE DOE", CO-TENANT, Caucasian, Female, 40 Years Old, Blonde Hair, 5 Feet 3 Inches, 130 Pounds

(2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
(4) A declaration of mailing is attached.

7. ***Person Who Served Papers:***
a. ELLENOR RIOS

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d.  *The Fee for Service was:*

First Legal

1138 Howard Street<br>San Francisco, CA 94103<br>Telephone  (415) 626-3111<br>Fax  (415) 626-1331<br>www.firstlegalnetwork.com

e.  I am: (3)  registered California process server

   *(i)*  Independent Contractor
   *(ii)  Registration No.:*  984
   *(iii)  County:*  Santa Clara

8.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Fri, Feb. 18, 2011

Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE<br>SUMMONS**

(ELLENOR RIOS)<br>*6043358,fragr-sf.343340*

| *Attorney or Party without Attorney*<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>*Telephone No:* 415-444-5800 *FAX: No.* 415-674-9900 | | | *For Court Use Only* | |
|---|---|---|---|---|
| | | *Ref. No or File No.:*<br>ELITE SANDWICH, et al. | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | |
| *Plaintiff:* CRAIG YATES | | | | |
| *Defendant:* ROBERT C. LEE, et al. | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number*<br>CV-10-4752-EMC |

1. I, ELLENOR RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ROBERT C. LEE as follows:

2. *Documents:* Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Ecf Registration Information Handout; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Letter Dated January 20, 2011..

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 01/30/11 | 8:04pm | Home | PER THE CURRENT TENANT, THE SUBJECT OWNS THE HOME BUT DOES NOT LIVE HERE. THE TENANT WOULD NOT GIVE ME ANY OTHER INFORMATION. Attempt made by: ELLENOR RIOS. Attempt at: 1232 CRANE STREET MENLO PARK CA. 94025. |
| Sun | 02/06/11 | 10:04am | Home | NO ANSWER. NO CARS. NO ACTIVITY. Attempt made by: ELLENOR RIOS. Attempt at: 168 BURNS AVENUE ATHERTON CA. 94027. |
| Wed | 02/09/11 | 7:58pm | Home | NO ANSWER. NO CARS. NO ACTIVITY. Attempt made by: ELLENOR RIOS. Attempt at: 168 BURNS AVENUE ATHERTON CA. 94027. |
| Sat | 02/12/11 | 7:11pm | Home | NO ANSWER. NO CARS. NO ACTIVITY. Attempt made by: ELLENOR RIOS. Attempt at: 168 BURNS AVENUE ATHERTON CA. 94027. |
| Thu | 02/17/11 | 7:15am | Home | Substituted Service on: ROBERT C. LEE Home - 168 BURNS AVENUE ATHERTON, CA. 94027 by Serving: party in item 3.a. Competent Member of the Household over 18 by leaving a copy of the document(s) with: "JANE DOE", CO-TENANT, Caucasian, Female, 40 Years Old, Blonde Hair, 5 Feet 3 Inches, 130 Pounds. Served by: ELLENOR RIOS |

**AFFIDAVIT OF REASONABLE DILIGENCE**

6643358.fragr-sf.343340

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No. 415-444-5800    FAX: No: 415-674-9900 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.:<br>ELITE SANDWICH, et al. | | | |
| Insert name of Court, and Judicial District and Branch Court.<br>United States District Court, Northern District Of California | | | | | |
| Plaintiff: CRAIG YATES | | | | | |
| Defendant: ROBERT C. LEE, et al. | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date | | Time: | Dept/Div: | Case Number:<br>CV-10-4752-EMC |

SUMMONS

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 02/18/11 | | | Mailed copy of Documents to: ROBERT C. LEE |

3.  Person Executing
    a. ELLENOR RIOS
    b. FIRST LEGAL SUPPORT SERVICE
       1138 HOWARD ST.
       SAN FRANCISCO, CA 94103
    c. (415)626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was:
e. I am.  (3) registered California process server
        (i)  Independent Contractor
        (ii)  Registration No.:        984
        (iii)  County:          Santa Clara

4.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 2

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800          FAX No: 415-674-9900 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for  Plaintiff | | Ref. No or File No..<br>ELITE SANDWICH, et al. | | |
| Insert name of Court, and Judicial District and Branch Court·<br>United States District Court, Northern District Of California | | | | |
| Plaintiff CRAIG YATES | | | | |
| Defendant· ROBERT C. LEE, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div· | Case Number.<br>CV-10-4752-EMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Ecf Registration Information Handout; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Letter Dated January 20, 2011.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:            Fri., Feb. 18, 2011
   b. Place of Mailing:          SAN FRANCISCO, CA 94103
   c. Addressed as follows:     ROBERT C. LEE
                                168 BURNS AVENUE
                                ATHERTON, CA 94027

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri , Feb. 18, 2011 in the ordinary course of business.

5. *Person Serving.*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                    **d.  *The Fee for Service was:***
   b. FIRST LEGAL SUPPORT SERVICES          e.  I am: (3) registered California process server
      1138 HOWARD STREET                                 (i)    Independent Contractor
      SAN FRANCISCO, CA 94103                            (ii)  *Registration No.:*      2010-0001059
   c. 415-626-3111                                          (iii) *County:*            San Francisco
                                                             (iv) *Expiration Date:*    Fri, Jun. 15, 2012

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Fri, Feb. 18, 2011

| *Attorney or Party without Attorney·*<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>*Telephone No* 415-444-5800          *FAX No:* 415-674-9900 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| *Attorney for·* Plaintiff | | *Ref. No. or File No.:*<br>ELITE SANDWICH, et al. | | | |
| *Insert name of Court, and Judicial District and Branch Court.*<br>United States District Court, Northern District Of California | | | | | |
| *Plaintiff:* CRAIG YATES | | | | | |
| *Defendant* ROBERT C. LEE, et al. | | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS** | *Hearing Date:* | *Time* | *Dept/Div* | *Case Number·*<br>CV-10-4752-EMC | |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Amended Summons In A Civil Action; First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Ecf Registration Information Handout; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Letter Dated January 20, 2011.

*3. a. Party served:*                                        CHUN-NEW PAN

*4. Address where the party was served.*          581 PACO DRIVE<br>                                                              LOS ALTOS, CA 94024

*5 I served the party:*
   b. **by substituted service.** On: Sun., Jan. 30, 2011 at: 8:27PM by leaving the copies with or in the presence of:
                                              "JANE DOE", DAUGHTER, Asian, Female, 30 Years Old, Black Hair, Brown
                                              Eyes, 5 Feet 6 Inches, 140 Pounds
   (2) **(Home)**Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                                        Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. ELLENOR RIOS                                       d. *The Fee for Service was:*

   First Legal [logo]       1138 Howard Street          e.  I am: (3)  registered California process server
                            San Francisco, CA 94103
                            Telephone   (415) 626-3111              *(i)*   Independent Contractor
                            Fax         (415) 626-1331              *(ii)  Registration No.:*     984
                            www.firstlegalnetwork.com              *(iii) County:*           Santa Clara

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

   Date:Mon. Jan. 31, 2011

**PROOF OF SERVICE**<br>                  **SUMMONS**                          (ELLENOR RIOS)<br>                                                              *6649351.fragr-ef.343333*

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>Telephone No: 415-444-5800    FAX No: 415-674-9900 | | | For Court Use Only |
|---|---|---|---|
| | Ref. No or File No.:<br>ELITE SANDWICH, et al. | | |
| Insert name of Court, and Judicial District and Branch Court.<br>United States District Court, Northern District Of California | | | |
| Plaintiff: CRAIG YATES | | | |
| Defendant: ROBERT C. LEE, et al. | | | |

| **AFFIDAVIT OF** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| **REASONABLE DILIGENCE** | | | | CV-10-4752-EMC |

1. I, ELLENOR RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICE  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant CHUN-NEW PAN as follows:

2. *Documents:*  **Amended Summons In A Civil Action; First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;  Civil Cover Sheet;  Ecf Registration Information Handout;  Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii;  Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen;  Contents Of Joint Case Management Statement; Letter Dated January 20, 2011..**

| Day<br>Fri | Date<br>01/28/11 | Time<br>9:02pm | Location<br>Home | **R e s u l t s**<br>NO ANSWER. NO ACTIVITY. Attempt made by: ELLENOR  RIOS. Attempt at: 581 PACO DRIVE  LOS ALTOS CA. 94024. |
|---|---|---|---|---|
| Sat | 01/29/11 | 2:04pm | Home | NO ANSWER. NO ACTIVITY  Attempt made by: ELLENOR  RIOS. Attempt at: 581 PACO DRIVE  LOS ALTOS CA. 94024. |
| Sun | 01/30/11 | 8:27pm | Home | Substituted Service on:  CHUN-NEW PAN Home - 581 PACO DRIVE LOS ALTOS, CA. 94024  by Serving: party in item 3.a. Competent Member of the Household over 18  by leaving a copy of the document(s) with: "JANE DOE", DAUGHTER, Asian, Female, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 140 Pounds. Served by: ELLENOR  RIOS |
| Mon | 01/31/11 | | | Mailed copy of Documents to:  CHUN-NEW PAN |

3  *Person Executing*
   a ELLENOR RIOS
   b. **FIRST LEGAL SUPPORT SERVICE**
      1138 HOWARD ST.
      SAN FRANCISCO, CA  94103
   c. (415)626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
*e. I am:*  (3)  registered California process server
   *(i)*  Independent Contractor
   *(ii)  Registration No.:*     984
   *(iii)  County:*     Santa Clara

4.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct*

| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>*Telephone No:* 415-444-5800    *FAX No.* 415-674-9900 | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney for* Plaintiff | | *Ref. No or File No*<br>ELITE SANDWICH, et al. | | |
| *Insert name of Court, and Judicial District and Branch Court*<br>United States District Court, Northern District Of California | | | | |
| *Plaintiff:* CRAIG YATES | | | | |
| *Defendant:* ROBERT C. LEE, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div* | *Case Number:*<br>CV-10-4752-EMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Amended Summons In A Civil Action; First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Ecf Registration Information Handout; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Letter Dated January 20, 2011.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:            Mon., Jan. 31, 2011
   b. Place of Mailing:           SAN FRANCISCO, CA 94103
   c. Addressed as follows:      CHUN-NEW PAN
                                       581 PACO DRIVE
                                       LOS ALTOS, CA 94024

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jan. 31, 2011 in the ordinary course of business.

5. *Person Serving:*
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
       1138 HOWARD STREET
       SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
        (i)   Independent Contractor
        (ii)   *Registration No.:*    2010-0001059
        (iii)   *County:*            San Francisco
        (iv)   *Expiration Date:*    Fri, Jun. 15, 2012

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

   Date: Mon, Jan. 31, 2011

Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(AARON DANIEL)
6843351 fragr-sf.343333

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>Telephone No: 415-444-5800          FAX No: 415-674-9900 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>ELITE SANDWICH, et al. | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: CRAIG YATES |
|---|
| Defendant: ROBERT C. LEE, et al. |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-10-4752-EMC |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages;  Consent To Proceed Before A United States Magistrate Judge;  Welcome To The U.S. District Court;  Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;  Consent To Proceed Before A United States Magistrate Judge;  Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;  Civil Cover Sheet;  Ecf Registration Information Handout;  Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii;  Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen;  Contents Of Joint Case Management Statement;  Letter Dated January 20, 2011.

*3. a. Party served:*                                      YU CHIN PAN

*4. Address where the party was served:*            581 PACO DRIVE
                                                              LOS ALTOS, CA  94024

*5. I served the party:*
   b. **by substituted service.** On: Sun., Jan. 30, 2011 at: 8:27PM by leaving the copies with or in the presence of:
                         "JANE DOE", DAUGHTER, Asian, Female, 30 Years Old, Black Hair, Brown
                         Eyes, 5 Feet 6 Inches, 140 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

*7. Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS                                      d. **The Fee** for Service was:

   **First Legal**                                      e. I am: (3) registered California process server
   1138 Howard Street                                      (i)   Independent Contractor
   San Francisco, CA 94103                                 (ii)  Registration No.:      984
   Telephone     (415) 626-3111                            (iii) County:                Santa Clara
   Fax              (415) 626-1331
   www.firstlegalnetwork.com

*8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jan. 31, 2011

PROOF OF SERVICE<br>SUMMONS                    (ELLENOR RIOS)
                                                                    6643352.fragr-sf.343334

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>*Telephone No:* 415-444-5800     *FAX: No:* 415-674-9900 | |

| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>ELITE SANDWICH, et al. |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* CRAIG YATES
*Defendant:* ROBERT C. LEE, et al.

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-10-4752-EMC |
|---|---|---|---|---|

1. I, ELLENOR  RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICE  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant YU CHIN PAN as follows:

2. **Documents:**   **Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;  Consent To Proceed Before A United States Magistrate Judge;  Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;  Civil Cover Sheet;  Ecf Registration Information Handout;  Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & Iii;  Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen;  Contents Of Joint Case Management Statement;  Letter Dated January 20, 2011.**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Fri | 01/28/11 | 9:02pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: ELLENOR  RIOS. Attempt at: 581 PACO DRIVE  LOS ALTOS CA. 94024. |
| Sat | 01/29/11 | 2:04pm | Home | NO ANSWER. NO ACTIVITY. Attempt made by: ELLENOR  RIOS. Attempt at: 581 PACO DRIVE  LOS ALTOS CA. 94024. |
| Sun | 01/30/11 | 8:27pm | Home | Substituted Service on:  YU CHIN PAN Home - 581 PACO DRIVE LOS ALTOS, CA 94024  by Serving: party in item 3.a. Competent Member of the Household over 18 by leaving a copy of the document(s) with: "JANE DOE", DAUGHTER, Asian, Female, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 140 Pounds. Served by: ELLENOR  RIOS |
| Mon | 01/31/11 | | | Mailed copy of Documents to:  YU CHIN PAN |

3. *Person Executing*
   a. ELLENOR  RIOS
   **b. FIRST  LEGAL SUPPORT SERVICE**
   1138 HOWARD ST.
   SAN FRANCISCO, CA  94103
   c. (415)626-3111

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee**  *for service was:*
   e. *I am:*   (3)  registered California process server
   *(i)*   Independent Contractor
   *(ii)   Registration No.:*        984
   *(iii)   County:*                     Santa Clara

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jan. 31, 2011

AFFIDAVIT OF REASONABLE DILIGENCE (ELLENOR  RIOS)

6643352.fragr-sf.343334

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA 94903<br>Telephone No: 415-444-5800        FAX No: 415-674-9900 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.:<br>ELITE SANDWICH, et al. | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: CRAIG YATES

Defendant: ROBERT C. LEE, et al.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-10-4752-EMC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Civil Cover Sheet; Ecf Registration Information Handout; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Ii & Iii; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Letter Dated January 20, 2011.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                Mon., Jan. 31, 2011
    b. Place of Mailing:              SAN FRANCISCO, CA 94103
    c. Addressed as follows:         YU CHIN PAN
                                 581 PACO DRIVE
                                 LOS ALTOS, CA 94024

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jan. 31, 2011 in the ordinary course of business.

5. Person Serving:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. AARON DANIEL               d.  **The Fee** for Service was:
    b. FIRST LEGAL SUPPORT SERVICES    e.  I am: (3) registered California process server
       1138 HOWARD STREET              (i)   Independent Contractor
       SAN FRANCISCO, CA 94103       (ii)  Registration No.:    2010-0001059
    c. 415-626-3111                     (iii) County:           San Francisco
                                  (iv) Expiration Date:    Fri, Jun. 15, 2012

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
**Date: Mon, Jan. 31, 2011**

Judicial Council Form                PROOF OF SERVICE                  (AARON DANIEL)
Rule 2.150.(a)&(b) Rev January 1, 2007          By Mail                               6643352.fragr-sf.343334

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903 | | | | |

*Telephone No:* 415-444-5800    *FAX: No:* 415-674-9900

| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>  ELITE SANDWICH, et al. |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court, Northern District Of California

*Plaintiff:* CRAIG YATES

*Defendant:* ROBERT C. LEE, et al.

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-10-4752-EMC |
|---|---|---|---|---|

1. I, ANDY ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant WEN-ZUNG PAN, a.k.a. ELITE SANDWICH COMPANY and NEW WORLD TOUR & TRAVELS as follows:

2. *Documents:*  **Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge;  Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;  Consent To Proceed Before A United States Magistrate Judge;  Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;  Civil Cover Sheet;  Ecf Registration Information Handout;  Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & Iii;  Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen;  Contents Of Joint Case Management Statement;  Letter Dated January 20, 2011.**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 01/30/11 | 8:04pm | Home | PER THE CURRENT TENANT, THE SUBJECT OWNS THE HOME BUT DOES NOT LIVE HERE. I WAS UNABLE TO OBTAIN ANY OTHER INFORMATION FROM THE TENANT. Attempt made by: ELLENOR  RIOS, Registration #984 Santa Clara County. Attempt at: 1232 CRANE STREET MENLO PARK CA 94025. |
| Tue | 02/08/11 | 11:00am | Home | THIS BUILDING HAS EIGHT UNITS. I SPOKE TO TENANTS IN TWO DIFFERENT UNITS. THEY BOTH HAVE LIVED HERE FOR 10 YEARS AND HAVE NOT HEARD OF THE SUBJECTS. Attempt made by: ANDY  ESQUER, Registration #2009-0001009 San Francisco County. Attempt at: 40 WENTWORTH PLAZA  SAN FRANCISCO CA 94108. |

Page Number 1

*Date:* Wed, Mar. 16, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          6643354.fragr-sf.343335

| Attorney or Party without Attorney:<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>*Telephone No:* 415-444-5800     *FAX: No:* 415-674-9900 | For Court Use Only |
|---|---|
| *Attorney for:* Plaintiff  |  *Ref. No or File No.:*<br>  ELITE SANDWICH, et al. | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>  United States District Court, Northern District Of California |
|---|
| *Plaintiff:* CRAIG YATES |
| *Defendant:* ROBERT C. LEE, et al. |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-10-4752-EMC |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 03/15/11 | 1:00pm | Home | Returned Not Served on:  WEN-ZUNG PAN, a.k.a. ELITE SANDWICH<br>COMPANY and NEW WORLD TOUR & TRAVELS Home - 40 WENTWORTH<br>PLAZA SAN FRANCISCO, CA 94108 |

3.  *Person Executing*            Recoverable Costs Per CCP 1033.5(a)(4)(B)
     a. ANDY  ESQUER                     **d. The Fee**  for service was:
     **b. FIRST LEGAL SUPPORT SERVICES**     *e. I am:*    (3)  registered California process server
         1138 HOWARD ST.                      *(i)*    Independent Contractor
         SAN FRANCISCO, CA  94103           *(ii)*   *Registration No.:*      2009-0001009
     c. 415-626-3111                             *(iii)*  *County:*           San Francisco

*4.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America*
     *that the foregoing is true and correct.*
     Date: Wed, Mar. 16, 2011

Page Number 2

**AFFIDAVIT OF REASONABLE DILIGENCE** (ANDY  ESQUER)

6643354.fragr-sf.343335

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>*Telephone No:* 415-444-5800     *FAX: No:* 415-674-9900 | | |

| Attorney for: Plaintiff | Ref. No or File No.:<br>ELITE SANDWICH, et al. |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
  United States District Court, Northern District Of California

*Plaintiff:* CRAIG YATES
*Defendant:* ROBERT C. LEE, et al.

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-10-4752-EMC |
|---|---|---|---|---|

1.  I, ANDY  ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant WEN-JU PAN as follows:

2.  **Documents:**     **Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge;  Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;  Consent To Proceed Before A United States Magistrate Judge;  Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;  Civil Cover Sheet;  Ecf Registration Information Handout;  Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & Iii;  Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen;  Contents Of Joint Case Management Statement;  Letter Dated January 20, 2011.**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Sun | 01/30/11 | 8:04pm | Home | PER THE CURRENT TENANT, THE SUBJECT OWNS THE HOME BUT DOES NOT LIVE HERE. I WAS UNABLE TO OBTAIN ANY OTHER INFORMATION FROM THE TENANT. Attempt made by: ELLENOR  RIOS, Registration #984 Santa Clara County. Attempt at: 1232 CRANE STREET MENLO PARK CA 94025. |
| Tue | 02/08/11 | 11:00am | Home | THIS BUILDING HAS EIGHT UNITS. I SPOKE TO TENANTS IN TWO DIFFERENT UNITS. THEY BOTH HAVE LIVED HERE FOR 10 YEARS AND HAVE NOT HEARD OF THE SUBJECTS. Attempt made by: ANDY  ESQUER, Registration #2009-0001009 San Francisco County. Attempt at: 40 WENTWORTH PLAZA   SAN FRANCISCO CA 94108. |
| Tue | 03/15/11 | 1:00pm | Home | Returned Not Served on:   WEN-JU PAN Home - 40 WENTWORTH PLAZA SAN FRANCISCO, CA 94108 |

| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>*Telephone No:* 415-444-5800     *FAX: No:* 415-674-9900 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>ELITE SANDWICH, et al. | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | |
| *Plaintiff:* CRAIG YATES | | |
| *Defendant:* ROBERT C. LEE, et al. | | |

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-10-4752-EMC |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|

3.  *Person Executing*
    a. ANDY  ESQUER
    **b. FIRST LEGAL SUPPORT SERVICES**
       1138 HOWARD ST.
       SAN FRANCISCO, CA  94103
    c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)

*d. **The Fee** for service was:*

| *e. I am:* | (3) | registered California process server |
|---|---|---|
| | (i) | Independent Contractor |
| | (ii) | *Registration No.:* | 2009-0001009 |
| | (iii) | *County:* | San Francisco |

4.  ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.***
    Date: Wed, Mar. 16, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (ANDY  ESQUER)

6643355.fragr-sf.343337

| | | | | | |
|---|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>*Telephone No:* 415-444-5800     *FAX: No:* 415-674-9900 | | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | | *Ref. No or File No.:*<br>ELITE SANDWICH, et al. | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | | |
| *Plaintiff:* CRAIG YATES<br>*Defendant:* ROBERT C. LEE, et al. | | | | | |
| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-10-4752-EMC |

1. I, ANDY  ESQUER, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES  are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant WEN-JUAN PAN as follows:

2. **Documents:**      **Amended Summons In A Civil Action First Amended Complaint For Injunctive Relief And Damages; Consent To Proceed Before A United States Magistrate Judge;  Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;  Consent To Proceed Before A United States Magistrate Judge;  Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;  Civil Cover Sheet;  Ecf Registration Information Handout;  Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title II & Iii;  Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen;  Contents Of Joint Case Management Statement;  Letter Dated January 20, 2011.**

| Day | Date | Time | Location | R e s u l t s |
|-----|------|------|----------|---------------|
| Sun | 01/30/11 | 8:04pm | Home | PER THE CURRENT TENANT, THE SUBJECT OWNS THE HOME BUT DOES NOT LIVE HERE. I WAS UNABLE TO OBTAIN ANY OTHER INFORMATION FROM THE TENANT. Attempt made by: ELLENOR  RIOS, Registration #984 Santa Clara County. Attempt at: 1232 CRANE STREET MENLO PARK CA 94025. |
| Tue | 02/08/11 | 11:00am | Home | THIS BUILDING HAS EIGHT UNITS. I SPOKE TO TENANTS IN TWO DIFFERENT UNITS. THEY BOTH HAVE LIVED HERE FOR 10 YEARS AND HAVE NOT HEARD OF THE SUBJECTS. Attempt made by: ANDY  ESQUER, Registration #2009-0001009 San Francisco County. Attempt at: 40 WENTWORTH PLAZA   SAN FRANCISCO CA 94108. |
| Tue | 03/15/11 | 11:00am | Home | Returned Not Served on:   WEN-JUAN PAN Home - 40 WENTWORTH PLAZA SAN FRANCISCO, CA 94108 |

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH (SBN 074414)<br>THE FRANKOVICH GROUP<br>4328 REDWOOD HIGHWAY<br>SUITE 300<br>SAN RAFAEL, CA  94903<br>*Telephone No:* 415-444-5800      *FAX: No:* 415-674-9900 | | | | |
| *Attorney for:* Plaintiff | | *Ref. No or File No.:*<br>ELITE SANDWICH, et al. | | |

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court, Northern District Of California

*Plaintiff:* CRAIG YATES
*Defendant:* ROBERT C. LEE, et al.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV-10-4752-EMC |
|---|---|---|---|---|

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| | | | | |

3.   *Person Executing*
    a. ANDY  ESQUER
    **b. FIRST LEGAL SUPPORT SERVICES**
      1138 HOWARD ST.
      SAN FRANCISCO, CA  94103
    c. 415-626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
***d. The Fee*** *for service was:*
*e. I am:*   (3)  registered California process server
        *(i)*   Independent Contractor
        *(ii)*  *Registration No.:*      2009-0001009
        *(iii)*  *County:*             San Francisco

**4.   I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
    Date: Wed, Mar. 16, 2011

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (ANDY ESQUER)

6643357.fragr-sf.343339