1  MARGARET J. GROVER  (112701)
   mgrover@kmtg.com
2  KRONICK, MOSKOVITZ, TIEDEMANN
      & GIRARD
3  1350 Treat Boulevard, Suite 105
   Walnut Creek, CA  94597
4  Telephone:  (925) 395-2380
   Facsimile:   (925) 395-2381

5
   Attorneys for Defendant Clara Mo, also
6  known as Wen-Juan Pan

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  CRAIG YATES, an individual,          CASE NO.  CV-10-4752-EMC

12              Plaintiff,               **STIPULATION EXTENDING TIME
                                         FOR DEFENDANT CLARA MO,
13  v.                                   ALSO KNOWN AS WEN-JUAN
                                         PAN, TO RESPOND TO
14  ROBERT C. LEE; CHUN-NEW             COMPLAINT AND [PROPOSED]
    PAN; YU CHING PAN; WEN-             ORDER THEREON**
15  JUAN PAN; WEN-JU PAN; WEN-
    ZUNG PAN, a.k.a. ELITE
16  SANDWICH COMPANY and NEW
    WORLD TOUR & TRAVELS,
17
              Defendants.
18

19
         WHEREAS the parties are engaging in good faith settlement discussions; and
20
         WHEREAS the response of Defendant Clara Mo, also known as Wen-Juan
21
    Pan, is due to be filed on or before May 31, 2011; and,
22
         WHEREAS the parties desire to direct their efforts to resolution without
23
    incurring additional legal fees;
24
         NOW THEREFOR, IT IS HEREBY STIPULATED, by and between the
25
    parties hereto, through their respective attorneys of record, that Defendant Clara
26
    Mo, also known as Wen-Juan Pan may have an additional period of 21
27
    (Twenty-One) Days within which to respond to the Complaint in the above-
28

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
WALNUT CREEK

972667.1                    - 1 -              CASE NO.  CV-10-4752-EMC

captioned matter.  Ms. Mo's responsive pleading will now be due on or before June 20, 2011.


Dated: May 3/, 2011

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Law Corporation


By:_____
Margaret J. Grover
Attorneys for Defendant
Clara Mo, also known as Wen-Juan Pan


Dated: May _____, 2011

THOMAS E. FRANKOVICH
A Professional Law Corporation


By:_____
Thomas E. Frankovich
Attorney for Plaintiff
Craig Yates


IT IS SO ORDERED that Defendant Clara Mo's responsive Pleading is now due on or before June 20, 2011.


Dated: _____          _____
Honorable Edward M. Chen
United States Magistrate Judge

972667.1

- 2 -

CASE NO.  CV-10-4752-EMC

STIPULATION EXTENDING TIME FOR DEFENDANT MO TO RESPOND
TO COMPLAINT AND [PROPOSED] ORDER THEREON

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
WALNUT CREEK

1   captioned matter.  Ms. Mo's responsive pleading will now be due on or before

2   June 20, 2011.

3

4   Dated: May 31, 2011            KRONICK, MOSKOVITZ, TIEDEMANN &
                                   GIRARD
5                                  A Law Corporation

6

7                                  By: _____
                                   Margaret J. Grover
8                                  Attorneys for Defendant
                                   Clara Mo, also known as Wen-Juan Pan
9

10

11  Dated: May 31, 2011            THOMAS E. FRANKOVICH
                                   A Professional Law Corporation
12

13                                 By: _____
                                   Thomas E. Frankovich
14                                 Attorney for Plaintiff
                                   Craig Yates
15

16

17

18        IT IS SO ORDERED that Defendant Clara Mo's responsive Pleading is now

19  due on or before June 20, 2011.

20

21  Dated: _____June 1, 2011_____

22                                 Honorable E                            ge

23                                         IT IS SO ORDERED

24

25                                         Judge Edward M. Chen

26

27

28
    972667.1                              - 2 -                    CASE NO. CV-10-4752-EMC

        STIPULATION EXTENDING TIME FOR DEFENDANT MO TO RESPOND
             TO COMPLAINT AND [PROPOSED] ORDER THEREON