AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

CRAIG YATES

               Plaintiff (s),

V.

DONALD L. PROPSTRA, et a.

               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 3:10-cv-04752-EMC

Notice is hereby given that, subject to approval by the court, __Clara Mo, aka Wen-Juan Pan__ substitutes
                                                                                 (Party (s) Name)

__Glenn P. Zwang__ , State Bar No. __112295__ as counsel of record in
(Name of New Attorney)

place of __Margaret J. Grover, Esq. Kronick, Moskovitz, Tiedemann & Girard.__
                (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Buchalter Nemer
    Address:     333 Market Street, 25th Floor
    Telephone:     (415) 227-0900     Facsimile  (415) 227-0770
    E-Mail (Optional):     gzwang@buchalter.com

I consent to the above substitution.     /s/

Date:    June 28, 2011     Clara Mo, aka Wen-Juan Pan
                                        (Signature of Party (s))

I consent to being substituted.     /s/
                                    Kronick, Moskovitz, Tiedemann & Girard
Date:    July 6, 2011     By:  Margaret J. Grover
                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    July 8, 2011     /s/
                                        (Signature of New Attorney)
                                  Buchalter Nemer, By: Glenn P. Zwang

The substitution of attorney is hereby approved and so ORDERED.

Date:    July 15, 2011

IT IS SO ORDERED
Judge Edward M. Chen

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com