| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH,<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
| | Telephone:   415/444-5800 |
| 4 | Facsimile:    415/444-5805 |
| 5 | Attorneys for Plaintiff CRAIG YATES |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG YATES, an individual, ) | **CASE NO. CV-10-4752-EMC** |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S REQUEST FOR** |
| ) | **TELEPHONIC APPEARANCE; AND** |
| v. ) | **[PROPOSED] ORDER THEREON** |
| ) | |
| ROBERT C. LEE; CHUN-NEW PAN; YU ) | |
| CHING PAN; WEN-JUAN PAN; WEN-JU ) | |
| PAN; WEN-ZUNG PAN, a.k.a. ELITE ) | |
| SANDWICH COMPANY and NEW ) | |
| WORLD TOUR & TRAVELS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff CRAIG YATES, an individual, through his undersigned counsel, hereby submits this request for telephonic appearance at the Case Management Conference currently scheduled for August 10, 2011 at 1:30 p.m. in courtroom C, 15th Floor before the Honorable Edward M. Chen.

///
///
///
///
///

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE; AND  [PROPOSED] ORDER THEREON        CV-10-4752-EMC**

1   Plaintiff makes this request to reduce further costs.   However, if the court requests counsel
2   for the plaintiff to appear in person then counsel for the plaintiff will appear.

3
4                                           Respectfully submitted,
5   Dated: August 9, 2011                   THOMAS E. FRANKOVICH,
6                                           *A PROFESSIONAL LAW CORPORATION*

7
8                                           By: ___/s/Thomas E. Frankovich_____
9                                                   Thomas E. Frankovich
10                                          Attorneys for Plaintiff CRAIG YATES, an individual

11
12                                      **ORDER**

13                                                                  shall appear in person at the
14       **IT IS HEREBY ORDERED** that counsel for plaintiff CRAIG YATES ~~may attend the~~
15   Case Management Conference set for August 10, 2011 at 1:30 p.m. t~~elephonically.~~

16
17              ~~8/8~~  8/9
18   Dated: _____, 2011        By:_____
19                                              HONORABLE [DENIED]
20                                              UNITED STATES ... [signature] Judge Edward M. Chen

*Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**DENIED** — Judge Edward M. Chen

**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE; AND [PROPOSED] ORDER THEREON**   CV-10-4752-EMC

2