BUCHALTER NEMER
A Professional Corporation
GLENN P. ZWANG (SBN: 112295)
333 Market Street, 25th Floor
San Francisco, CA  94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email:  gzwang@buchalter.com

Attorneys for Defendant WEN-JUAN PAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT C. LEE; CHUN-NEW PAN; YU CHING PAN; WEN-JUAN PAN; WEN-JU PAN; WEN-ZUNG PAN, a.k.a. ELITE SANDWICH COMPANY and NEW WORLD TOUR & TRAVELS,<br><br>　　　　　　Defendants. | Case No. 3:10-CV-04752 EMC<br><br>**DEFENDANT WEN-JUAN-PAN'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:　　August 10, 2011<br>Time:　　1:30 p.m.<br>Dept.:　　Courtroom 5- 17th Floor<br><br>DENIED |

　　　Defendant Wen-Juan-Pan ("Defendant"), by and through her counsel of record, respectfully request that the Court allow telephonic appearance at the Case Management Conference scheduled for August 10, 2011 at 1:30 p.m.  Defendant's request is made to minimize legal expenses in light of the fact that the amount in controversy is minimal, and the case has been ordered to mediation.

//

//

//

//

//

BN 9625713v1　　　　　　　　　　　　　　　　-1-　　　　　　　　　　　　　　**Case No. 3:10-cv-04752 EMC**
DEF. WEN-JUAN-PAN'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

1   If granted, Glenn P. Zwang will be making the telephonic appearance on behalf of
2   Defendant and may be reached directly at (415) 227-0900.

4   DATED: August 9, 2011                  BUCHALTER NEMER
                                           A Professional Corporation


                                           By:   /s/ Glenn P. Zwang
                                                 GLENN P. ZWANG
                                                 Attorneys for Defendant
                                                 WEN-JUAN PAN

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 9625713v1                    -2-                    **Case No. 3:10-cv-04752 EMC**
DEF. WEN-JUAN-PAN'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER THEREON

## **ORDER**

Having reviewed the file and the request in this matter and for good cause appearing, **IT IS SO ORDERED** that the ~~request to appear telephonically is hereby GRANTED.~~ DENIED. Counsel shall appear in person.

Dated: _____8/9/11_____

_____
Honorable Edward M. Chen
United States [Magistrate Judge]
Northern District of California

**DENIED**
Judge Edward M. Chen

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 9625713v1 -3- **Case No. 3:10-cv-04752 EMC**
DEF. WEN-JUAN-PAN'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON