UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | Case No. C10-4752 EMC |
| Plaintiff, | |
| v. | **ORDER** |
| DONALD L. PROPSTRA, et al., | **(Ninety-Day Conditional Dismissal)** |
| Defendants. | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this action, and having placed the terms of the settlement with the clients' concurrence on the record,

IT IS HEREBY ORDERED that this action is dismissed with prejudice and that all dates are hereby vacated; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: March 12, 2014

_____
EDWARD M. CHEN
United States District Judge